IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MICHAEL WAYNE THOMAS, JR.,
ADC #611338                                                                                           PLAINTIFF

v.                                            2:05CV00118SWW/HDY

D. LOCKHART, et al.                                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of August, 2005.


/s/Susan Webber Wright

United States District Judge